1  BENJAMIN B. WAGNER
   United States Attorney
2  BRIAN W. ENOS
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the
   United States of America
7

8                  **UNITED STATES DISTRICT COURT**

9                  **EASTERN DISTRICT OF CALIFORNIA**

10

| UNITED STATES OF AMERICA, | ) | Case. No. 1:11-cr-00075 LJO |
|---|---|---|
| Plaintiff, | ) | **THE UNITED STATES' REQUEST FOR DISMISSAL; ORDER** |
| v. | ) | Fed. R. Crim. Proc. 48(a) |
| RICHARD ALAN DEMASI, | ) | |
| Defendant. | ) | |

17      Pursuant to Rule 48(a) of the Federal Rules of Criminal
18 Procedure, the United States Attorney's Office hereby moves to
19 dismiss the indictment against RICHARD ALAN DEMASI, without
20 prejudice and in the interest of justice.

21

22                                    Respectfully submitted,

23                                    BENJAMIN B. WAGNER
                                      United States Attorney
24

25 Dated: August 19, 2011    By:  /s/ Brian W. Enos
                                  BRIAN W. ENOS
26                                Assistant U.S. Attorney

27

28

                                1

**ORDER**

IT IS HEREBY ORDERED that the criminal indictment against RICHARD ALAN DEMASI be dismissed, without prejudice and in the interest of justice.

IT IS SO ORDERED.

**Dated:   August 19, 2011**                   /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE